Robert Tauler (SBN 241964)
Tauler Smith LLP
11111 Santa Monica Blvd., Suite 500
Los Angeles, California 90025
Telephone: (310) 746-5601
rtauler@taulersmith.com

Attorneys for Plaintiff
NUTRITION DISTRIBUTION LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| NUTRITION DISTRIBUTION LLC, an Arizona Limited Liability Company, | CASE NO. 15cv1649-LAB |
|---|---|
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| TRIBRAVUS ENTERPRISES, LLC, dba iForce Nutrition, a California Limited Liability Company; and DOES 1 through 10, inclusive, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that pursuant to FRCP 41(a)(1)(A)(i), Plaintiff Nutrition Distribution, LLC, voluntarily dismisses the above-captioned action with prejudice

DATED: October 20, 2015					TAULER SMITH LLP


					By: ___/s/ Robert Tauler_____
						Robert Tauler
						NUTRITION DISTRIBUTION LLC

**NOTICE OF VOLUNTARY DISMISSAL**