# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRITION DISTRIBUTION, LLC, | CASE NO. 15cv1649-LAB (JMA) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| TRIBRAVUS ENTERPRISES, LLC, | |
| Defendant. | |

After Defendant filed a motion to dismiss (Docket no. 9), Plaintiff filed a notice of voluntary dismissal with prejudice. Under Fed. R. Civ. P. 41(a)(1)(A)(i), a plaintiff may dismiss before the defendant serves either an answer or a motion for summary judgment. Because Defendant has not answered, the notice of dismissal is sufficient under this rule. This action is therefore **DISMISSED WITH PREJUDICE** and the motion to dismiss is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

DATED:  November 3, 2015

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

15cv1649